**Order entered November 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00653-CV

**DEBORAH HUMPHREY, Appellant**

**V.**

**DAVID YANCEY AND NATIONWIDE SLATE, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07257**

## ORDER

We **GRANT** appellee David Yancey's November 4, 2015 unopposed second motion for

extension of time to file brief and **ORDER** the brief be filed no later than November 19, 2015.


/s/     CRAIG STODDART
        JUSTICE